DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:11CR00030-001 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Sandra Thompson | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A hearing was conducted on July 28, 2011, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of Probation. The defendant Sandra Thompson and her counsel, Jackie Johnson appeared. A report and recommendation was filed on July 5, 2011 (see docket # 9). The Court adopts the report and recommendation of Magistrate Judge George Limbert and finds the defendant in violation of her terms and conditions of probation as stated in the Violation Report.

IT IS ORDERED that the defendant's probation is revoked and defendant shall be committed to the custody of the Bureau of Prisons for a period of three (3) months. Upon release from confinement the defendant shall be on two (2) years supervision with the same conditions as previously imposed.

| | |
|---|---|
| July 28, 2011 | /s/ David D. Dowd, Jr. |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |