DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO.  1:11CR30 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Sandra Thompson | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

A hearing was conducted on November 28, 2012, regarding a petition filed by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Sandra Thompson and her counsel, Carlos Warner appeared. Attorney David Toepfer appeared on behalf of the government.

The defendant admitted to the violation and the Court found the defendant in violation of her terms and conditions of supervised release. The Court adopts the Magistrate Judge's Report & Recommendation filed on July 19, 2012. See ECF #19.

IT IS ORDERED that the defendant is to continue on supervised release.


  November 28, 2012                     */s/ David D. Dowd, Jr.*
Date                                    David D. Dowd, Jr.
                                        U.S. District Judge